In the Matter of KRISTI L. M., a Person Alleged to be a Juvenile Delinquent. [602 NYS2d 454] —Order unanimously affirmed without costs. Memorandum: Respondent appeals from an order of disposition adjudging her to be a juvenile delinquent. Although respondent should have appealed from a subsequent order modifying that dispositional order, we exer-

cise our discretion and deem the appeal to have been taken from that subsequent order *(see,* CPLR 5520 [c]; *cf., Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). Respondent contends that Family Court improvidently exercised its discretion by placing her in a secure facility for the maximum period provided by statute (Family Ct Act § 353.5 [4] [a] [ii]) and by failing to reduce her initial period of restrictive placement in a secure facility by the amount of time spent in predisposition detention, other than the 13 days credited pursuant to Family Court Act § 353.5 (7). We disagree. Family Court's imposition of restrictive placement for the maximum period and determination that an award of predisposition credit of some 10 months out of the initial 18-month placement in a secure facility would not serve the needs and best interests of respondent are supported by the numerous recommendations of restrictive placement and the conclusion of a psychologist that respondent "needs a significant period of time" for treatment of various psychological problems *(see, Matter of Mack M.,* 175 AD2d 869). (Appeal from Order of Seneca County Family Court, Falvey, J.—Juvenile Delinquency.) Present—Denman, P. J., Green, Balio, Boomer and Boehm, JJ.